**MELALEUCA, INC.**
Ryan D. Nelson, ISB # 8357
Michael L. LaClare, ISB # 7924
Keith H. Woffinden, ISB # 9098
3910 South Yellowstone Hwy.
Idaho Falls, ID 83402
Telephone: (208) 522-0700
Facsimile: (208) 534-2063

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>- vs. -<br><br>LUCRAZON GLOBAL, INC., a Delaware corporation, and OSCAR GARCIA and DOES 1-25, individuals,<br><br>Defendants. | Case No. 4:14-cv-00024 – CWD<br><br>Judge Candy W. Dale<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 27, 2014 I caused true and correct copies of the Motion for Temporary Restraining Order filed by Melaleuca, Inc. on February 26, 2014 and all attachments filed with it (all documents filed under Dkt. 6) to be served via express mail on H. Stan Johnson—who I understand to be an attorney representing Defendant Oscar Garcia in this case—using the address below:

H. Stan Johnson
Cohen Johnson, LLC
255 E. Warm Spring Road, Suite 100
Las Vegas, NV 89119

_Michael L. LaClare_
Michael L. LaClare
Attorney for Melaleuca, Inc.

1 – CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2014, I caused a true and correct copy of the foregoing to be served on the persons listed below in the manner indicated.

| | |
|---|---|
| Lucrazon Global, Inc.<br>Attention: Legal Department<br>8855 Research Dr.<br>Irvine, CA 92618<br>info@lucrazon.com<br>  Defendant | ___HAND DELIVERY<br>_X_ EXPRESS MAIL<br>___FAX TRANSMISSION<br>_X_ E-MAIL TRANSMISSION<br>___ECF |
| Dirk O. Julander<br>Julander Brown & Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618<br>doj@jbblaw.com<br>  Attorney for Defendant Lucrazon Global, Inc. | ___HAND DELIVERY<br>_X_ EXPRESS MAIL<br>___FAX TRANSMISSION<br>_X_ E-MAIL TRANSMISSION<br>___ECF |
| Oscar Garcia<br>3613 Walnut Avenue<br>Lynwood, CA 90262<br>og@web90x.com<br>  Defendant | ___HAND DELIVERY<br>_X_ EXPRESS MAIL<br>___FAX TRANSMISSION<br>_X_ E-MAIL TRANSMISSION<br>___ECF |
| H. Stan Johnson<br>Cohen Johnson, LLC<br>255 E. Warm Springs Rd, Suite 100<br>Las Vegas, NV 89119<br>sjohnson@cohenjohnson.com<br>  Attorney for Defendant Oscar Garcia | ___HAND DELIVERY<br>_X_ EXPRESS MAIL<br>___FAX TRANSMISSION<br>_X_ E-MAIL TRANSMISSION<br>___ECF |

_____
Michael L. LaClare
Attorney for Melaleuca, Inc.