**MANNING, CURTIS, BRADSHAW
 & BEDNAR LLC**
Brent V. Manning, ISB # 2359
Jess M. Krannich, *pro hac vice*
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678

**MELALEUCA, INC.**
Ryan D. Nelson, ISB # 8357
Michael L. LaClare, ISB # 7924
4609 West 65th South
Idaho Falls, ID 83402
Telephone:  (208) 522-0700
Facsimile:   (208) 534-2063

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>    Plaintiff,<br><br>- vs. –<br><br>LUCRAZON GLOBAL, INC., a Delaware corporation, and OSCAR GARCIA and DOES 1-25, individuals,<br><br>    Defendants. | Case No. 4:14-cv-00024-EJL-CWD<br><br>Judge Edward J. Lodge<br>Magistrate Judge Candy W. Dale<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Michael L. LaClare hereby withdraws as attorney for Plaintiff, Melaleuca, Inc. in the above-captioned matter due to his upcoming departure from Melaleuca, Inc. on May 9, 2016.  No further notices need be sent to the undersigned in this matter.

Respectfully submitted this 6th day of May, 2016.

1 -    NOTICE OF WITHDRAWAL

MELALEUCA, INC.

By: /s/
Michael L. LaClare
E-mail: mlaclare@melaleuca.com
Attorney for Plaintiff Melaleuca, Inc.

2 - NOTICE OF WITHDRAWAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of May, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul R. Mangiantini
Eagle Law Center
1191 E. Iron Eagle Drive, Ste. 200
Eagle, ID 83616
paul@eaglelawcenter.com
*Attorneys for Defendant Oscar Garcia*

/s/
Michael L. LaClare
E-mail: mlaclare@melaleuca.com
Attorney for Plaintiff Melaleuca, Inc.